J. FRANK WARREN REAL ESTATE CO., Respondent, v. HASKINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by the J. Frank Warren Real Estate Company against George W. Haskins.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., dissents.

JOHN R. CARPENTER CO. v. O'BRIEN et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by the John R. Carpenter Company against Morgan J. O'Brien and others. No opinion. Order affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. CARLSON, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Gunnar Johnson against Emma Carlson. E. M. Grout, of New York City, for appellant. E. I. Gottlieb, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JOHNSON, Respondent, v. POST & McCORD, Appellants, et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Julia Johnson, as administratrix, against Post & McCord, impleaded with others. F. V. Johnson, of New York City, for appellants. R. Link, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JONATHAN RING & SON, Inc., v. WINOLA WORSTED YARN CO. et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Jonathan Ring & Son, Incorporated, against the Winola Worsted Yarn Company and others. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

JONES, Appellant, v. DOW, Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1912.) Action by Lorena Ridgely Jones against Carolyn A. Dow. PER CURIAM. Motion for stay denied, without costs. See, also, 151 App. Div. 922, 136 N Y. Supp. 1138; 138 N. Y. Supp. 1123. THOMAS, J., dissents. CARR, J., not voting.

JONES, Appellant, v. DOW, Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1912.) Action by Lorena Ridgely Jones against Carolyn A. Dow. PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 151 App. Div. 922, 136 N. Y. Supp. 1138; 138 N. Y. Supp. 1123. THOMAS, J., dissents, upon the ground that the order was entered ex parte and deprived the plaintiff of a statutory right to reply to the answer. CARR, J., not voting.

JONES, Appellant, v. DOW, Respondent. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Lorena Ridgely Jones against Carolyn A. Dow. PER CURIAM. Motion denied, and stay vacated, with $10 costs. See, also, 151 App. Div. 922, 136 N. Y. Supp. 1138; 138 N. Y. Supp. 1123. THOMAS, J., dissents. CARR, J., not voting.

JONES, Appellant, v. DOW, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Lorena Ridgely Jones against Carolyn A. Dow. No opinion. Motion denied, without costs. See, also, 75 Misc. Rep. 47, 134 N. Y. Supp. 859; 151 App. Div. 922, 136 N. Y. Supp. 1138.

JULIUS BIEN CO., Appellant, v. P. J. CARLIN CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Julius Bien Company against the P. J. Carlin Company and another. F. Bien, of New York City, for appellant. C. E. Hill, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JURGENS, Appellant, v. COLONIAL LIFE INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Anna Jurgens, as administratrix, etc., of Adelhite Jurgens, deceased, against the Colonial Life Insurance Company of America. No opinion. Judgment affirmed, with costs.

KAMMERER v. LIBERTY BREWING CO. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Matthew Kammerer against the Liberty Brewing Company. No opinion. Motion granted, with $10 costs. Order filed.

KAPLAN, Appellant, v. BECK et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Dora Kaplan, as administratrix, etc., against Charles M. Beck and another. No opinion. Motion granted, on payment of costs in this court before argument.

KASHARE v. ROBBINS. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Isadore Kashare against Jacob Robbins. No opinion. Applica-